UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and UNITED ARTISTS FILMS INC., a Delaware corporation, <br><br>    Plaintiffs, <br><br> v. <br><br> DOES 1 - 2, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) Case No. ) ) ) ) |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

UNITED ARTISTS FILMS INC., a Delaware corporation, is a wholly-owned subsidiary of Orion Film Classics Company, which is a wholly-owned subsidiary of Orion Pictures Corporation, a wholly-owned subsidiary of Metro-Goldwyn-Mayer Inc., a publicly traded U.S. corporation.

Respectfully submitted,

Dated: April 13, 2005

/s/ Matthew N. Kane
James B. Conroy (BBO # 96315)
Matthew N. Kane (BBO # 636801)
DONNELLEY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel. (617) 720-2880
Fax (617) 720-3554

Alexandra N. DeNeve (pro hac vice pending)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

*Attorneys for Plaintiffs*