UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and UNITED ARTISTS FILMS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DOES 1 – 2,<br><br>                    Defendants. | 05 10739 DPW<br><br>Case No.: |

## MOTION FOR ADMISSION PRO HAC VICE OF ALEXANDRA N. DENEVE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Alexandra N. DeNeve, Esq., of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, be admitted to appear on behalf of Plaintiffs, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.    Ms. DeNeve is and has been a member in good standing of the bar of the State of New York since January 15, 2004 and the bar of the State of Illinois since November 6, 1997.

2.    Ms. DeNeve is and has been a member in good standing of the bars of the following United States Courts since the following dates:

| Title of Court | Date of Admission |
|---|---|
| U.S. District Court for the Southern District of New York | 09/07/2004 |
| U.S. District Court for the Northern District of Illinois | 12/04/1997 |
| U.S. District Court for the Eastern District of Michigan | 1999 |
| U.S. District Court for the Eastern District of New York | 04/11/05 |

NY407482.1
20568710001
04/11/2005 mb

| | |
|---|---|
| U.S. Court of Appeals for the Seventh Circuit | 04/19/2002 |
| U.S. Court of Appeals for the Federal Circuit | 02/26/2003 |

3. There are no disciplinary proceedings pending against Ms. DeNeve as a member of the bar in any jurisdiction;

4. Ms. DeNeve has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Ms. DeNeve has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. DeNeve admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Matthew N. Kane
James B. Conroy (BBO# 96315)
Matthew N. Kane (BBO# 636801)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street
33rd Floor
Boston, MA 02108
(617) 720-2880

April 13, 2005

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Alexandra DeNeve, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Alexandra DeNeve, Esq.

April __, 2005

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# ALEXANDRA NICOLE DENEVE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 15th day of January, 2004 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 8, 2005



Clerk

4324