UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WARNER BROS. ENTERTAINMENT INC., )
a Delaware corporation; and UNITED )
ARTISTS FILMS INC., a Delaware )
corporation, )
                              Plaintiffs, )  Case No. 1:05-cv-10739-DPW
v. )
DOES 1 - 2, )
                              Defendants. )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss with prejudice both Doe Defendants in this action, each side to bear its own costs.

Respectfully submitted,

Dated: September 13, 2005

*/s/ Matthew N. Kane*
James B. Conroy (BBO # 96315)
Matthew N. Kane (BBO # 636801)
DONNELLEY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel. (617) 720-2880
Fax (617) 720-3554

Alexandra N. DeNeve (pro hac vice pending)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

*Attorneys for Plaintiffs*